IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **SHADOW STONE, L.L.C.,** | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | **Case No. 15-10210** |
| | ) | |

**NOTICE OF NOTEHOLDER'S MOTION, PURSUANT TO SECTIONS 105 AND 1112(b)
OF THE UNITED STATES BANKRUPTCY CODE, FOR AN ORDER
DISMISSING THE CASE FOR CAUSE**

650 Frontier LLC, the Noteholder, in the above-captioned case has filed a Motion to Dismiss the case.

**Your rights may be affected**. You should read the papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not, you may wish to consult one.)

If you do not want the court to grant the Motion to Dismiss, or if you want the court to consider your views on the Motion, then on or before **March 9, 2015**, you or your attorney must file a response setting forth the factual and legal bases for your objection. You must serve the movant's counsel, Mark D. Taylor, VLP Law Group, LLP, 1629 K Street, NW Suite 300, Washington, DC 20006, and the parties in interest set forth on the attached service list.

If no timely objection is filed, the court may grant the relief requested in the Motion to Dismiss without a hearing or notice. The court, in its discretion, may elect to have a hearing or to determine the matter without a hearing, regardless of whether an objection is filed.

Dated: February 16, 2015
                                    */s/ Mark D. Taylor*
                                    Mark D. Taylor, Esq. (MD Fed. Bar No. 013418)
                                    VLP Law Group
                                    1629 K Street, NW, Suite 300
                                    Washington, DC 20006
                                    Telephone: (202) 759-4890
                                    Email: mtaylor@vlplawgroup.com
                                    *Counsel for the Noteholder, by and through Situs Group, LLC, solely in its capacity as Special Servicer*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2015, a true and exact copy of the foregoing Notice of Noteholder's Motion, Pursuant to Sections 105 and 1112(b) of the United States Bankruptcy Code, for an Order dismissing the Case for Cause, of was filed electronically with the Clerk of the Court using the CM/ECF system, which in turn will send notification of such filing to all interested parties of record.

                                                */s/ Mark D. Taylor*
                                                  Mark D. Taylor

Richard M. McGill
Law Offices of Richard M. McGill
PO Box 358
5303 West Court Dr.
Upper Marlboro, MD 20773
Email: mcgillrm@aol.com
(Counsel to Debtor Shadow Stone, L.L.C.)

Leander D. Barnhill
U.S. Department of Justice
Office of the U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770
Email: leander.d.barnhill@usdoj.gov
(Counsel to the United States Trustee)

M. Evan Meyers
Meyers, Rodbell, and Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385
(Counsel to Calvert County, Maryland)