# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**SHADOW STONE, LLC,**<br><br>Debtor. | Case No. 15-10210-PM<br>Chapter 11 |

### STATEMENT OF UNITED STATES TRUSTEE CONCERNING APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Judy A. Robbins, the United States Trustee for Region Four (the "United States Trustee"), has not appointed an unsecured creditors' committee in the above-captioned case, pursuant to 11 U.S.C. § 1102.  The number of persons eligible and willing to serve on such a committee is presently insufficient to form an unsecured creditors' committee.  The United States Trustee will appoint an unsecured creditors' committee upon the request of an adequate number of eligible unsecured creditors.

Date: February 23, 2015

Respectfully submitted,

**JUDY A. ROBBINS**
United States Trustee  for Region Four

By Counsel

 /s/ Leander D. Barnhill
Leander D. Barnhill, Bar No. 16971
Trial Attorney
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
(301) 344-6216
leander.d.barnhill@usdoj.gov